[No. 6407–3–II. Division Two. April 13, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JAMES MUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. CR 82–6472, David R. Draper, J., entered June

23, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.